# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-2311

**Short Case Caption:** State of Illinois v. Vought

**Filing Party** Defendants-Appellants

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the district court erred in denying defendants' motion to transfer to the U.S. Court of Federal Claims.

Relief awarded below (if damages, specify): ■ None/Not Applicable

Briefly describe the judgment/order appealed from:

Order denying defendants' motion to transfer to the U.S. Court of Federal Claims

| Nature of Judgment (select one:) | Date of Judgment: |
| --- | --- |

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☑ Interlocutory Order (specify type) Transfer (28 U.S.C. 1292(d)(4), 1631)
☐ Other (explain) ____________

Date: 10/09/26

Signature: JOSHUA DAY Digitally signed by JOSHUA DAY Date: 2026.10.09 10:23:57 -04'00'

Name: J. Kain Day